IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:97CV73 |
| | ) | (Financial Litigation Unit) |
| WILLIAM M. EDNEY and | ) | |
| BEVERLY HESTER, | ) | |
| AKA BEVERLY HESTER EDNEY, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| SCHNEIDER ELECTRIC CO., | ) | |
| SQUARE D CO., | ) | |
|     Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against Beverly Hester, aka/Beverly Hester Edney is DISMISSED.

**Signed: August 18, 2005**

Lacy H. Thornburg
United States District Judge